MARCO D. GNOZZO, Individually and as a Stockholder of COMMERCIAL TRUST COMPANY OF BUFFALO, Appellant, against MARINE TRUST COMPANY OF BUFFALO, Respondent.

Argued October 2, 1940; decided October 18, 1940.

*Charles J. Margiotti, John E. Evans* and *Joseph A. Nevins* for appellant.

*James McC. Mitchell, Daniel J. Kenefick* and *Laurence R. Goodyear* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.